IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TYRONE GARDNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:16cv821-MHT |
| ALABAMA DEPARTMENT OF | ) | (WO) |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit alleging discriminatory treatment under the Equal Protection Clause stemming from a disciplinary infraction imposed for possession of contraband. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 24th day of March, 2017.**

                                           /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**